IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AVERY JUREK, on behalf of herself and all others similarly situated, | : | No. 1:24cv408 |
| Plaintiff | : | (Judge Munley) |
| v. | : | |
| DICKINSON COLLEGE, | : | |
| Defendant | : | |

## ORDER

**AND NOW**, to wit, this 21st day of October 2024, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that Defendant Dickinson College's motion to dismiss (Doc. 15) is **DENIED**.

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court