IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AVERY JUREK, on behalf of herself and all others similarly situated, Plaintiff** | : | **No. 1:24cv408** |
| | : | **(Judge Munley)** |
| **v.** | : | |
| **DICKINSON COLLEGE, Defendant** | : | |

**ORDER**

**AND NOW**, to wit, this 24th day of September 2026, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that:

1) Defendant Dickinson College's motion for summary judgment, (Doc. 57), is **GRANTED** in part and **DENIED** in part;
2) The motion is **GRANTED** with respect to the plaintiff's unjust enrichment claim;
3) The Clerk of Court is directed to enter judgment in favor of defendant and against plaintiff on the unjust enrichment claim;
4) Defendant's motion for summary judgment is otherwise **DENIED**; and
5) Pursuant to the operative scheduling order in this case, (Doc. 56), plaintiff's expert reports and class certification motion are due within 14 days.

**BY THE COURT:**

**JUDGE JULIA K. MUNLEY**
**United States District Court**